| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reiss, Christina C. | United States District Court - District of Vermont | 4/19/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court District Judge - Active Status | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final | 01/01/2018 to 12/31/2018 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States Courthouse
11 Elmwood Avenue
P.O. Box 446
Burlington, Vermont 05402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | State of Vermont Employee Pension Fund; pension upon retirement age of 65 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reiss, Christina C. | 4/19/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | 11/7/2018 - 11/8/2018 | New York, New York | Project meeting of Restatement of the Law, The Law of American Indians | Travel, lodging, fees, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Vermont Economic Development Authority | Loan - Business Mortgage | N |
| 2. | Vermont Economic Development Authority | Loan - Equipment | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reiss, Christina C. | 4/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TD Bank Accounts | A | Interest | J | T | | | | | |
| 2. IRA #1 | | | | | | | | | |
| 3. - Davis NY Venture Fund | A | Int./Div. | K | T | | | | | |
| 4. - Diamond Hill Large Cap Fund | A | Int./Div. | K | T | | | | | |
| 5. - First Eagle Global Fund | A | Int./Div. | K | T | | | | | |
| 6. - Janus Balanced Fund | A | Int./Div. | K | T | | | | | |
| 7. - MFS Value Fund | A | Int./Div. | K | T | | | | | |
| 8. - Oppenheimer Gold & Special Minerals Funds | A | Int./Div. | J | T | | | | | |
| 9. - Pimco Total Return Fund | A | Int./Div. | K | T | | | | | |
| 10. - RS Global Naural Resources Fund | A | Int./Div. | J | T | | | | | |
| 11. - Sentinel Small Company Fund | A | Int./Div. | K | T | | | | | |
| 12. IRA #3 | | | | | | | | | |
| 13. - Cisco Systems, Inc. | A | Int./Div. | J | T | | | | | |
| 14. - Zhone Technologies New | A | Int./Div. | J | T | | | | | |
| 15. Vermont Higher Education Investment Plan #2 - Age Based Opt. | A | Int./Div. | K | T | | | | | |
| 16. VCSP/College America Plan #2 - Age Based Option | A | Int./Div. | L | T | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reiss, Christina C. | 4/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VI: In 2016, my husband, [         ] closed his woodworking business (Amoskeag Woodworking, Inc., Morse Lumber, HRS, LLC) by entering into an agreement with his primary creditor, People's United Bank, to turn over all assets for liquidation. Both of the real properties have been sold. People's United Bank discharged the debt and did not pursue a deficiency. The rows were deleted in this report as this information was reported in the FY2017 report.

In Section VII, Row 2 (People's United Bank Accounts), Row 3 (Merchants Bank CD), and Row 4 (National Life Insurance) were closed as a result of the 2016 termination of Amoskeag Woodworking and HRS, LLC. The rows were deleted in this report as this information was reported in the FY2017 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christina C. Reiss**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544